BURDICK v. MOON *et ux.*

Mechanic's lien: LIABILITY OF WIFE: CASE FOLLOWED. A mechanic is entitled to a lien for work and labor performed on a house standing on the land of the wife, when such labor was performed under a contract with the husband as the agent of the wife, for her use and benefit, with her knowledge and consent, and for which they promised to pay. Following *Kidd* v. *Wilson* (23 Iowa, 464).

*Appeal from Bremer District Court.*

FRIDAY, MAY 8.

THE plaintiff, by his petition, seeks to enforce a mechanic's lien for work and labor performed (to the amount of forty-six dollars) on a house, on the land of the defendant (the wife), under a contract with the husband, as the agent of the wife, for her use and benefit, with her

knowledge and consent, and for which they promised to pay, etc. Demurrer sustained. Plaintiff excepted and appeals.

*Wright & Stow* for the appellant.

No appearance for the appellee.

WRIGHT, J.—This case is " on all fours " with *Kidd* v. *Wilson* (23 Iowa, 464). The petition and objections made to it, are in all respects the same as examined and disposed of in that. For the reasons there stated, without repeating them, the demurrer should have been overruled.

Reversed and remanded.